# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Honorable Marianne O. Battani |
| In re: FUEL INJECTION SYSTEMS<br>DIRECT PURCHASER ACTIONS | 2:13-cv-02201-MOB-MKM |
| THIS RELATES TO:<br>ALL EUROPEAN AUTO SUPPLY, INC.,<br>    Plaintiff,<br>vs.<br>AISAN INDUSTRY CO., LTD., et al.,<br>    Defendants. | 2:15-cv-11827-MOB-DRG |

### STIPULATION AND ORDER REGARDING ACCEPTING SERVICE OF COMPLAINT

All European Auto Supply, Inc. ("Plaintiff") has filed the above-captioned action ("Action") against the Defendants, including Aisan Industry Co., Ltd., Franklin Precision Industry, Inc., Aisan Corporation of America, DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, Mitsuba Corporation, American Mitsuba Corporation, Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., Mitsubishi Electric Automotive America, Inc., Robert Bosch GmbH, Bosch Electrical Drives Co., Ltd., and Robert Bosch LLC (collectively, "Stipulating Defendants"), alleging violations of Section 1 of the Sherman Act in connection with the sale of automobile Fuel Injection Systems.

So as to preserve both party and judicial resources, Plaintiff and Stipulating Defendants, by and through their undersigned counsel, stipulate to the following with respect to the Action:

1. Counsel for Stipulating Defendants agree to accept service of the complaint, filed on May 20, 2015, on behalf of the Stipulating Defendants, in satisfaction of the requirements of Fed. R. Civ. P. 4.

2. Unless otherwise modified by a case management order entered in this Action, Stipulating Defendants shall, as permitted by Fed. R. Civ. P. 12, answer, move, or otherwise respond within 60 days after either: (a) service on Stipulating Defendants of complete and unredacted copies of a consolidated amended complaint ("CAC") in MDL 2311 in English and Japanese asserting claims based on sales of automobile Fuel Injection Systems; or (b) service on Stipulating Defendants of complete and unredacted copies of the current complaint in this Action in English and Japanese together with written notice by Plaintiff that it will not be filing a CAC in this Action.

3. Notwithstanding paragraph 2 above, if Stipulating Defendants file an answer, move or otherwise respond pursuant to Fed. R. Civ. P. 12 in any related actions asserting claims on behalf of direct purchasers based on sales of automobile Fuel Injection Systems before the date required by this stipulation, Stipulating Defendants will concurrently file their answer, move or otherwise respond as permitted by Rule 12 in this matter.

4. Plaintiff and Stipulating Defendants stipulate and agree that the entry into this stipulation by Stipulating Defendants shall not constitute a waiver of (a) any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure or (c) any other statutory or common law defenses that may be available to Stipulating Defendants in this or any other related actions. Stipulating Defendants expressly reserve their right to raise any such defenses (or any other defense) in response to (a) the current complaint or any amended and/or consolidated complaint that may be filed on behalf of Plaintiff or any other Direct Purchaser, and/or (b) any complaint that may be filed in any related action.

5. Plaintiff further agrees that the terms of this stipulation are available, without further stipulation with counsel for Plaintiff, to all defendants who notify Plaintiff's counsel in writing of their intention to join this Stipulation.

6. Stipulating Defendants further agree that the terms of this stipulation are available, without further stipulation with counsel for Stipulating Defendants, to all direct purchaser plaintiffs who file a separate class action complaint asserting claims based on sales of automobile Fuel Injection Systems and notify Stipulating Defendants' counsel in writing of their intention to join this Stipulation. Stipulating Defendants reserve their right to move for an order requiring a consolidated amended complaint.

**IT IS SO STIPULATED.**

Dated: July 20, 2015 */s/ David H. Fink*
David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
38500 Woodward Avenue, Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500

dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

Aubrey H. Tobin (P31256)
Attorney at Law, P.C.
2140 Walnut Lake Road
West Bloomfield, MI 48323
Telephone: (248) 932-3070
Aubrey@tobinpc.com

M. John Dominguez
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1431
jdmoninguez@cohenmilstein.com

David A. Young
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
dyoung@cohenmilstein.com

Matthew W. Ruan
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838 7797
mruan@cohenmilstein.com

Christopher J. Cormier
COHEN MILSTEIN SELLERS & TOLL PLLC
2443 S. University Boulevard, #232
Denver, CO 80210
Telephone: (720) 583-0650
ccormier@cohenmilstein.com

Solomon B. Cera
Thomas B. Bright
Pamela A. Markert
CERA LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Telephone: (415) 777-2230
scera@cerallp.com

tbright@cerallp.com
pmarkert@cerallp.com

Randall B. Weill
Gregory P. Hansel
Michael S. Smith
PRETI FLAHERTY BELIVEAU & PACHIOS, LLP
One City Center
Portland, ME 04101
Telephone: 207-791-3000
rweill@preti.com
ghansel@preti.com
msmith@preti.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215-496-0300
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com

***Counsel for All European Auto Supply, Inc.***

Dated:  July 20, 2015    */s/ Steven F. Cherry*
Steven F. Cherry
David P. Donovan
Brian C. Smith
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com

***Counsel for DENSO Corporation,***
***DENSO International America, Inc., and***
***DENSO International Korea Corporation***

5

Dated:  July 20, 2015             */s/ Barry A. Pupkin*
Barry A. Pupkin
Iain R. McPhie
Jeremy W. Dutra
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315
Barry.Pupkin@squirepb.com
Iain.McPhie@squirepb.com
Jeremy.Dutra@squirepb.com

*Counsel for Aisan Industry Co., Ltd., Aisan Corporation of America, and Franklin Precision Industry, Inc.*

Dated:  July 20, 2015             */s/ George A. Nicoud*
George A. Nicoud III
Austin V. Schwing
Stuart C. McPhail
Leslie A. Wulff
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone:  (415) 393-8200
Facsimile:  (415) 393-8306
TNicoud@gibsondunn.com
ASchwing@gibsondunn.com
SMcphail@gibsondunn.com
LWulff@gibsondunn.com

*Counsel for Mitsuba Corporation and American Mitsuba Corporation*

Dated:  July 20, 2015             */s/ Terrence J. Truax*
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:  (202) 683-3800
Facsimile:  (202) 683-3999
ttruax@jenner.com

        csklarsky@jenner.com
        mbrody@jenner.com
        gfuentes@jenner.com
        dfenske@jenner.com

        Gary K. August (P48730)
        Jamie J. Janisch (P72516)
        ZAUSMER, AUGUST & CALDWELL, P.C.
        31700 Middlebelt Road, Suite 150
        Farmington Hills, MI 48334-2374
        Telephone: (248) 851-4111
        Facsimile: (248) 851-0100
        gaugust@zacfirm.com
        jjanisch@zacfirm.com

        ***Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.***

Dated: July 20, 2015        */s/ John Roberti*
        John Roberti
        Matthew R. Boucher
        ALLEN & OVERY LLP
        1101 New York Avenue NW
        Washington, DC 20005
        Telephone: (202) 683-3800
        Facsimile: (202) 683-3999
        john.roberti@allenovery.com
        matthew.boucher@allenovery.com

        Michael S. Feldberg
        ALLEN & OVERY LLP
        1221 Avenue of the Americas
        New York, NY 10020
        Telephone: (212) 610-6300
        michael.feldberg@allenovery.com

        William R. Jansen (P36688)
        Michael G. Brady (P57331)
        WARNER NORCROSS & JUDD LLP
        2000 Town Center, Suite 2700
        Southfield, MI 48075-1318
        Telephone: (248) 784-5000
        Facsimile: (248) 784-5005
        wjansen@wnj.com
        mbrady@wnj.com

*Counsel for Robert Bosch LLC, Robert Bosch GmbH, and Bosch Electrical Drives Co., Ltd.*

**IT IS SO ORDERED.**

Date: August 26, 2015

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge